WILLIAM R. URGA, ESQ.
Nevada Bar No. 1195
MINDY C. FISHER, ESQ.
Nevada Bar No. 11121
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway
Wells Fargo Tower, Sixteenth Floor
Las Vegas, Nevada 89169
Telephone:     (702) 699-7500
Facsimile:     (702) 699-7555
E-mail: FedCt@juww.com

Attorneys for Interpleader Defendants
          Shriners Hospitals for Children and
          Shriners Hospitals for Children (Quebec), Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| MORGAN STANLEY & CO., INC., | ) |
| | ) |
| Interpleader Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHRINERS HOSPITALS FOR | ) |
| CHILDREN; SHRINERS HOSPITALS | ) |
| FOR CHILDREN (QUEBEC) INC.; | ) |
| JOSEPH L. SURACE, an individual, | ) |
| residing in Arizona; THE ESTATE OF | ) |
| MAURITS JOZEF VAN PRAAG; | ) |
| ROBERT DYSON, an individual; | ) |
| RONALD DAVID VAN PRAAG, an | ) |
| individual; EDWARD NEDJELSKI, an | ) |
| individual; RENEE TRUDER, an | ) |
| individual; MADY COHEN MISSET, an | ) |
| individual, | ) |
| | ) |
| Interpleader Defendants. | ) |

CASE NO.:   2:09-cv-00398-JCM-PAL

**ORDER**

Presently before the Court is Interpleader Defendant The Estate of Maurits Jozef Van Praag's Motion for Summary Judgment (Doc. # 56), filed on April 5, 2010.   Interpleader Defendants Shriners Hospitals for Children and Shriners Hospitals for Children (Quebec), Inc. filed

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600, Las Vegas, NV 89169
Telephone: (702) 699-7500   Fax: (702) 699-7555

1    an opposition (Doc. # 57) and Interpleader Defendant Joseph Surace filed an opposition (Doc. #

2    58), both on April 29, 2010.  The Estate filed a reply (Doc. 59) on May 11, 2010.

3    　　　　The motion came on for hearing before the Honorable James C. Mahan on August 3, 2010,

4    at 10:00 a.m.  As a result of a request for additional time for discovery made pursuant to Federal

5    Rule of Civil Procedure 56(f), the matter was continued until September 10, 2010, to provide

6    additional time for Interpleader Plaintiff Morgan Stanley & Co. Inc. to answer outstanding

7    discovery.

8    　　　　The Court will deny the motion because it finds that the motion relied upon and referred

9    to exhibits not properly authenticated.  See Orr v. Bank of America, 285 F.3d 764 (2002).  The

10   Court will deny the motion without prejudice and the Estate is not precluded from filing a motion

11   for reconsideration if it is able to remedy the deficiencies in the motion for summary judgment.

12   　　　　After consideration of the pleadings and papers on file, and the oral arguments by counsel,

13   　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Interpleader Defendant

14   The Estate of Maurits Jozef Van Praag's Motion for Summary Judgment is DENIED without

15   prejudice.

16

17   　　　　　　　　　　　　　　　　　　**ORDER**

18   　　　　IT IS SO ORDERED.

19   　　　　DATED this 1st day of November, 2010.

20

21   　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

22   Submitted by:
     JOLLEY URGA WIRTH WOODBURY & STANDISH

23

24   By:  __/s/ Mindy  C. Fisher_____
     WILLIAM R. URGA, ESQ.
25   MINDY C. FISHER, ESQ.
     3800 Howard Hughes Pkwy., 16th Floor
26   Las Vegas, Nevada  89169

     / / /
27
     / / /
28

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600, Las Vegas, NV 89169
Telephone: (702) 699-7500   Fax: (702) 699-7555

1   Approved as to form and content by:

2   GREENBERG TRAURIG, LLP

3
    By:  /s/_____[1]
4   ERIC SWANIS, ESQ. #6840
    F. CHRISTOPHER AUSTIN, ESQ. #6559
5   3773 Howard Hughes Pkwy #400 North
    Las Vegas, Nevada 89169
6   Email: swanise@gtlaw.com
    Email: austinc@gtlaw.com
7

8   ALBRIGHT, STODDARD, WARNICK
    & ALBRIGHT
9

10  By:   /s/ Whitney B. Warnick_____
    MARK ALBRIGHT, ESQ.#1394
11  WHITNEY B. WARNICK, ESQ. #1573
    801 South Rancho Drive, Bldg D
12  Las Vegas, Nevada 89106
    Email: sma@albarightstoddard.com
13  Email: wbw@albrightstoddard.com

14  WRIGHT & WEINER, LTD.

15
    By:   /s/ John Henry Wright_____
16  JOHN HENRY WRIGHT, ESQ. #6182
    801 South Rancho Drive, Suite B-2
17  Las Vegas, Nevada 89106
    Email: john@wrightweiner.com
18

19

20                    **CERTIFICATE OF SERVICE**

21          I, the undersigned, hereby certify that I am employed in the County of Clark, State of

22  Nevada, am over the age of 18 years and not a party to this action. My business address is that of

23  Jolley Urga Wirth Woodbury & Standish, 3800 Howard Hughes Parkway, Suite 1600, Las Vegas,

24  Nevada 89169.

25

26
    _____
27     [1] Undersigned counsel was unable to obtain approval from counsel for Morgan Stanley & Co.
    as Mr. Austin was not able to be reached, and as a result, this Proposed Order is filed without said
28  approval.

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600, Las Vegas, NV 89169
Telephone: (702) 699-7500   Fax: (702) 699-7555

1       On this day, I electronically filed the **[PROPOSED] ORDER** with the Clerk of Court using

2   the CM/ECF system, which will cause the document to be served upon the following counsel of

3   record:

4

5   Eric Swanis, Esq.                            Mark Albright, Esq.
    F. Christopher Austin, Esq.            Whitney B. Warnick, Esq.

6   Greenberg Traurig, LLP              Albright, Stoddard, Warnick & Albright
    3773 Howard Hughes Parkway    801 South Rancho Drive,

7   Suite 400 North                        Building D
    Las Vegas, Nevada  89169         Las Vegas, Nevada 89106

8   Email:  swanise@gtlaw.com       Email: gma@albrightstoddard.com
    Email:  austinc@gtlaw.com        Email: wbw@albrightstoddard.com

9   Attorneys for Interpleader Plaintiff   Attorneys for Estate of Maurtis Jozef Van Praag

10  John Henry Wright, Esq.
    Wright & Weiner

11  801 South Rancho Drive, Suite B-2
    Las Vegas, Nevada  89106

12  Email: secretary@wrightweiner.com
    Attorney for Defendant

13          Joseph L. Surace

14      I certify under penalty of perjury that the foregoing is true and correct, and that this

15  Certificate of Service was executed by me on October 22nd, 2010, at Las Vegas, Nevada.

16

17                        By: ___/s/ _Vicki Dumas_____

18                             An Employee of JOLLEY URGA WIRTH
                               WOODBURY & STANDISH

19

20

21

22

23

24

25

26

27

28

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600, Las Vegas, NV 89169
Telephone: (702) 699-7500    Fax: (702) 699-7555