1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MORGAN STANLEY & CO., INC., et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>SHRINERS HOSPITAL FOR CHILDREN, et al.,<br><br>              Defendants. | 2:09-CV-398 JCM (PAL) |

**ORDER**

Presently before the court is the case of *Morgan Stanley & Co., Inc. v. Shriners Hospitals for Children, et. al.*, 2:09-cv-00398-JCM-PAL.  On February 28, 2012, the court entered an order granting defendant the Estate of Maurits Jozef Van Praag's renewed motion for reconsideration of motion for summary judgment.  (Doc. #88).  The order vacated the court's prior order denying summary judgment (doc. #66) and granted summary judgment to defendant the Estate of Maurits Jozef Van Praag (doc. #88).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant the Estate of Maurits Jozef Van Praag file a proposed final judgment on or before March 27, 2012.

DATED March 20, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**