UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MORGAN STANLEY & CO., INC., et al.,

          Plaintiffs,

v.

SHRINERS HOSPITAL FOR CHILDREN, et al.,

          Defendants.

2:09-CV-398 JCM (PAL)

**ORDER**

Presently before the court is the case of *Morgan Stanley & Co., Inc. v. Shriners Hospitals for Children, et. al.*, 2:09-cv-00398-JCM-PAL. On February 28, 2012, the court entered an order granting defendant the Estate of Maurits Jozef Van Praag's renewed motion for reconsideration of motion for summary judgment. (Doc. #88). The order vacated the court's prior order denying summary judgment (doc. #66) and granted summary judgment to defendant the Estate of Maurits Jozef Van Praag (doc. #88).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant the Estate of Maurits Jozef Van Praag file a proposed final judgment on or before March 27, 2012.

DATED March 20, 2012.

                                                UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**