WHITNEY B. WARNICK, ESQ.
Nevada Bar No. 001573
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 South Rancho Drive, Bldg. D
Las Vegas, NV 89106
(702) 384-7111 - Telephone
(702) 384-0605 - Facsimile
wbw@albrightstoddard.com
*Attorneys for Estate of Maurits Jozef Van Praag*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STANLEY & CO., INC.,<br><br>  Interpleader<br>  Plaintiff,<br><br>vs.<br><br>SHRINERS HOSPITALS FOR CHILDREN; SHRINERS HOSPITALS FOR CHILDREN (QUEBEC) INC.; JOSEPH L. SURACE, an individual, residing in Arizona; and THE ESTATE OF MAURITS JOZEF VAN PRAAG,<br><br>  Interpleader<br>  Defendants. | Case No. 2:09-cv-00398 |

### FINAL JUDGMENT

This case came before the court through an action in interpleader filed by interpleader plaintiff, MORGAN STANLEY & CO., INC. ("Morgan Stanley"). Morgan Stanley, in its Reno, Nevada office, held an investment account and funds of MAURITS JOZEF VAN PRAAG ("decedent"), who died on August 21, 2002, in Canada, his country of residence. Following decedent's death, claims to the funds in his investment account with Morgan Stanley were asserted by the interpleader defendants, including the SHRINERS HOSPITALS FOR CHILDREN and the SHRINERS HOSPITALS FOR CHILDREN (QUEBEC) INC., JOSEPH L. SURACE, and THE ESTATE OF MAURITS JOZEF VAN PRAAG (by and through the Estate's executor, Robert Dyson, hereinafter referred to as "the Estate").

Following the filing of Morgan Stanley's interpleader complaint, and answers thereto by the interpleader defendants, each claiming an interest in the funds, the parties stipulated to

G:\Betty\PROBATE\Van Praag\Proposed #3 Final Judgment.wpd

leave the disputed funds of the decedent with Morgan Stanley, pending a determination by the court as to which of the interpleader defendants was entitled to the funds. The parties engaged in discovery and the Estate then filed a motion for summary judgment, asserting its rights to the decedent's funds in the Morgan Stanley investment account. The court, after several delays to allow parties to pursue additional discovery, considered the motion for summary judgment, together with the oppositions filed thereto by the other interpleader defendants, and the other pleadings and documents filed in this case. By order (doc. #88) entered on February 28, 2012, the court granted the Estate's motion for summary judgment, determining that the funds in the decedent's Morgan Stanley investment account belong to the Estate. The court expressly determines that there is no just reason for delay in now entering final judgment, and good cause appearing therefore, final judgment is hereby entered as follows:

IT IS HEREBY ORDERED ADJUDGED AND DECREED:

1. That upon his death, all of the funds in the decedent's investment account with Morgan Stanley, which are the subject of this pending interpleader action, became an asset of and now belong to the decedent's Nevada Probate Estate, Case No. P57584, presently pending before the Clark County, Nevada, District Court, Probate Division, with Mr. Robert Dyson the duly appointed and acting executor of the Estate.

2. As a result of its need to file the interpleader action to determine entitlement to the decedent's funds in its investment account, Morgan Stanley, before delivering the funds to the Estate, is entitled to deduct therefrom its reasonable costs and attorney's fees incurred in this proceeding, which the Estate and Morgan Stanley have agreed is the sum of $40,000.00.

3. After deducting its fees and costs as above provided, and without the need of depositing the remaining funds with this court, Morgan Stanley shall then deliver and pay over forthwith directly to the Estate of Maurits Jozef Van Praag, Deceased, in Case No. P57584, presently pending before the Clark County, Nevada, District Court, Probate Division, with Mr. Robert Dyson the duly appointed and acting executor of the Estate, all of the remaining funds in the decedent's Morgan Stanley investment account. Payment to the Estate may be made by delivering a check for the amount of the funds, made payable to the "Estate of Maurits Jozef

Van Praag, Deceased", to the Estate's Nevada legal counsel.

Dated March 28, 2012.

_____
UNITED STATES DISTRICT JUDGE

Approved as to form and content by:

| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | JOLLEY URGA WIRTH WOODBURY & STANDISH |
|---|---|
| By: _____<br>Whitney B. Warnick, Esq.<br>Nevada Bar No. 001573<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, NV 89106<br>(702) 384-7111<br>*Attorneys for Interpleader Defendant,*<br>*Estate of Maurits Jozef Van Praag* | By: _____<br>William R. Urga, Esq.<br>Nevada Bar No. 1195<br>Mindy C. Fisher, Esq.<br>Nevada Bar No. 11121<br>3800 Howard Hughes Parkway<br>Wells Fargo Tower, Sixteenth Floor<br>Las Vegas, Nevada 89169<br>(702) 699-7500<br>*Attorneys for Interpleader Defendant,*<br>*Shriners Hospitals for Children* |
| GREENBERG TRAURIG, LLP | WRIGHT & WEINER, LTD. |
| By: _____<br>Eric Swanis, Esq.<br>Nevada Bar No. 6840<br>F. Christopher Austin, Esq.<br>Nevada Bar No. 6559<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>(702) 792-3773<br>*Attorneys for Interpleader Plaintiff,*<br>*Morgan Stanley & Co., Inc.* | By: _____<br>John Henry Wright, Esq.<br>Nevada Bar No. 6182<br>801 South Rancho Drive, Suite B-2<br>Las Vegas, NV 89106<br>(702) 259-6789<br>*Attorney for Interpleader Defendant,*<br>*Joseph L. Surace* |